# EXHIBIT 1

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND**

2026-224184-CK
JUDGE DAVID M. COHEN

**JOSEPH MANUEL,**

**Plaintiff,**

**Case No. ____________CK**

**v**

**Hon. ______________**

**CHARTER TOWNSHIP OF WEST BLOOMFIELD,**
**a Michigan Municipal Corporation,**

**Defendant.**

**Mark K. Wasvary (P51575)**
**MARK K WASVARY PC**
**Attorney for Plaintiff**
**2401 W. Big Beaver St. 100**
**Troy, MI 48084**
**(248) 649-5667 Fax (248) 649-5679**
**mark@wasvarylaw.com**

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

**THERE IS A PRIOR RESOLVED CIVIL ACTION ARISING OUT OF THE SAME TRANSACTION OR OCCURANCE AS ALLEGED IN THIS COMPLAINT. THE MATTER WAS ASSIGNED CASE NO. 23WB06272 IN THE 48TH DISTRICT COURT BEFORE THE HON. DIANE D' AGOSTINI AND IS NO LONGER PENDING.**

____________________________
**Mark K. Wasvary P51575**

**<u>VERIFIED COMPLAINT</u>**

**NOW COMES Plaintiff, JOSEPH MANUEL ("Plaintiff" or "Mr. Manuel"), by and through his attorneys, MARK K WASVARY PC, and for his Complaint against Defendant, CHARTER TOWNSHIP OF WEST BLOOMFIELD ("Township" or "Defendant"), and states as follows:**

**<u>I. PARTIES</u>**

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

1. Plaintiff Joseph Manuel is an individual residing at 7333 Verona Drive, West Bloomfield, Michigan 48322 ("the Property"), which is located within Oakland County, Michigan.

2. Defendant Charter Township of West Bloomfield is a Michigan municipal corporation organized and existing under the laws of the State of Michigan, located at 4550 Walnut Lake Road, West Bloomfield, Michigan 48323.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to MCL § 600.4401, et seq., governing writs of mandamus in the Michigan Circuit Courts.

4. Venue is proper in Oakland County because the Property at issue is located within Oakland County and the Defendant Township is located within Oakland County.

## III. FACTUAL BACKGROUND

5. In 2020, Plaintiff obtained New Single Family Permit No. JNSF20-0016, for the construction of a new single-family home at 7333 Verona Drive, West Bloomfield, Michigan ("the Property").

6. The foregoing permit was issued by Defendant through its Building Department.

7. From 2020 through 2022, Plaintiff diligently pursued and obtained approvals for numerous inspections, including but not limited to: rough mechanical, rough building, rough electrical, insulation, gas line/pressure test, pool electrical, pool pressure test, final electrical, final plumbing, final mechanical, aerial gas pipe, driveway forms, pool embankment, rear yard patio concrete bonding, rear yard patio grading, and driveway

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

sand inspections, all through the Charter Township of West Bloomfield Building Department.

8. On December 2, 2021, the Township's Building Department conducted a Final Building Inspection ("Temp Final"), temporarily approving the home for occupancy on a conditional basis pending completion of remaining exterior items (driveway, landscaping, pool deck, fencing). Plaintiff has resided at the Property since that time. ***See* Exhibit 1.**

9. Throughout 2022 and 2023, Plaintiff continued to address all items identified by Township inspectors, including SESC (Soil Erosion and Sedimentation Control) measures, grading issues, and wetland/environmental features setback (EFS) concerns raised by the Township's Environmental Commission.

10. On or about August of 2023, following meetings between the parties, Plaintiff and Defendant's attorney executed a written agreement styled as a "List of Steps to Be Taken" (the "Agreement") regarding 7333 Verona Drive, Permit Case No. #PWT22-2555 and Grading/SESC Permit No. #PGS20-0028. ***See* Exhibit 2.**

11. On October 17, 2024 Defendant, through its Building Department, issued a final approval (Exhibit 3) but no Certificate of Occupancy.

12. The Agreement set forth eight (8) numbered steps Plaintiff was required to complete to resolve the Township Environmental Commission's denial of the Wetland/EFS Permit and to obtain his Certificate of Occupancy ("CO"), including submission of a revised Wetland/EFS Mitigation Plan, payment of required fees, installation and approval of SESC measures, completion of earthwork with submission of an As-Built Site Plan, inspection for wetland permit compliance, obtaining remaining final

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

building permits, and upon compliance, issuance of the Certificate of Occupancy. ***See* Exhibit 2.**

13. The Agreement expressly states: "Upon compliance with the foregoing, Certificate of Occupancy to be issued to Petitioner." ***See* EXHIBIT 2**, at ¶ 8.

14. Plaintiff has diligently and in good faith complied with each and every requirement set forth in the Agreement and demanded by Township officials over the years since construction commenced.

15. On October 17, 2024 the Township, through its Building Department, issued a final approval (**Exhibit 3**) but no Certificate of Occupancy.

16. Plaintiff is a licensed real estate broker and conducts business at a commercial building in the Township at 7285 Orchard Lake Road.

17. In April of 2025, the Township started to take issue with the paint color and required the construction of a trash container enclosure at the commercial building for the first time in 50 plus years.

18. The Township issued civil infractions in regard to the color of the commercial building, and construction of a trash container enclosure for the first time after years of occupancy.

19. The issues at the commercial building were lockstep with the refusal to provide a Certificate of Occupancy at Plaintiff's home in a continued pattern of harassment.

20. On April 29, 2026, Plaintiff filed a Complaint with the State of Michigan Department of Licensing and Regulatory Affairs for Defendants continued refusal to issue a Certificate of Occupancy based on racism. **Exhibit 4.**

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

21. Thereafter, on May 22, 2026, Township Building Department Inspector Dana Self conducted a comprehensive final inspection of the Property and issued four (4) separate APPROVED inspection stickers for: (1) Final Single-Family Home; (2) Final Pergola; (3) Final Pool; and (4) Final Shed. These approvals confirm that all construction on the Property has been completed to the Township's satisfaction. ***See* Exhibit 5.**

22. Plaintiff also completed all additional site work requested by Township inspector John Roda, including removal of excess dirt from the side of the house and removal of invasive species from the front of the Property, as confirmed in Plaintiff's email correspondence to Township officials dated June 9, 2026. ***See* Exhibit 6.**

23. Plaintiff has been living in the Property for over four (4) years since the temporary approval, even after having obtained all required approvals. ***See* Exhibit 5.**

24. Notwithstanding Plaintiff's full compliance with all requirements, the Township has refused and continues to refuse to issue the Certificate of Occupancy to Plaintiff. ***See* Exhibit 6.**

25. On June 9, 2026 and again on June 22, 2026, Plaintiff sent written communications to Defendant's attorney and Township official Amy Neary requesting issuance of the Certificate of Occupancy and confirming completion of all required work. The Township has failed to respond to these communications and has not issued the Certificate of Occupancy. ***See* Exhibit 6.**

26. The Township's continued refusal to issue the Certificate of Occupancy is without lawful justification, arbitrary, and constitutes an abuse of the Township's administrative discretion. Plaintiff has satisfied every condition set forth in the Agreement,

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

every condition required under Permit No. JNSF20-0016, and every additional requirement demanded by Township officials over the course of construction.

27. As a direct and proximate result of the Township's wrongful and unjustified refusal to issue the Certificate of Occupancy, Plaintiff has suffered and continues to suffer significant harm, including but not limited to:

a. Severe emotional distress, anxiety, and physical health consequences, including two (2) separate hospital admissions for heart-related conditions directly attributable to the prolonged stress of this dispute;

b. Threats of default from Plaintiff's mortgage lender due to Defendant's failure to issue the Certificate of Occupancy, placing Plaintiff's home and financial security at immediate risk;

c. Inability to fully realize the use and enjoyment of his home, which has been approved for occupancy for over four (4) years;

d. Ongoing financial damages including costs associated with continued compliance efforts, legal fees, and the threat of default penalties; and

e. Such other damages as are proven at trial.

**COUNT I — WRIT OF MANDAMUS**

28. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

29. Mandamus is available under MCL § 600.4401 and MCR 3.304 to compel a governmental entity to perform a clear legal duty that it has unlawfully refused or neglected to perform, where the petitioner has a clear legal right to performance of the duty and no other adequate remedy at law exists.

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

30. Plaintiff has a clear legal right to issuance of a Certificate of Occupancy. Pursuant to the Township's own building codes and ordinances, a certificate of occupancy must be issued upon satisfactory completion of all required inspections and compliance with applicable codes and permit conditions. The Township's own inspector documented final approval of the home and all structures on the Property on May 22, 2026. ***See* Exhibit 5.**

31. The Township has a clear legal duty to issue the Certificate of Occupancy. That duty is ministerial in nature — once a property owner has satisfied all required conditions and passed all required inspections, the Township is obligated to issue the Certificate of Occupancy. The Township has no lawful discretion or judgment to withhold it.

32. The Township has unlawfully refused and neglected to perform its clear legal duty by failing and refusing to issue the Certificate of Occupancy despite Plaintiff's completion of all required conditions and inspections, and despite the express commitment to issue the Certificate of Occupancy upon compliance set forth in the signed Agreement of August, 2023. ***See* Exhibit 2.**

33. Plaintiff has no adequate remedy at law. The continued withholding of the Certificate of Occupancy has placed Plaintiff at immediate risk of mortgage default, caused documented physical injury, and creates a cloud on Plaintiff's legal ability to fully use, sell, refinance, or otherwise transact with respect to his home. Monetary damages alone are insufficient to remedy these ongoing harms.

34. No other legal or equitable remedy exists that might achieve the same result.

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

35. Plaintiff is therefore entitled to a Writ of Mandamus commanding the Township to immediately issue the Certificate of Occupancy for 7333 Verona Drive, West Bloomfield, Michigan.

**COUNT II — BREACH OF CONTRACT / SETTLEMENT AGREEMENT**

36. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

37. The Agreement executed in August of 2023 by and between the Township and Plaintiff constitutes a valid, binding, and enforceable contract supported by adequate consideration. ***See* Exhibit 2.**

38. Plaintiff has fully performed all of his obligations under the Agreement, including completion of all required permit applications, payment of required fees, completion of all earthwork, submission of required plans, and passing of all required inspections. ***See* Exhibit 2, 3 & 5.**

39. The Township has breached the Agreement by failing and refusing to issue the Certificate of Occupancy upon Plaintiff's compliance with all conditions, as expressly required by Paragraph 8 of the Agreement. ***See* Exhibit 2, at ¶ 8.**

40. As a direct and proximate result of the Township's breach, Plaintiff has suffered damages as described herein, including emotional distress, health consequences, threat of mortgage default, and ongoing financial harm.

**COUNT III — VIOLATION OF DUE PROCESS**
**(Michigan Constitution, Art. I, § 17)**

41. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

42. Plaintiff has a constitutionally protected property interest in his home and in obtaining the Certificate of Occupancy to which he is entitled after satisfying all lawful conditions.

43. The Township's arbitrary, capricious, and unjustified withholding of the Certificate of Occupancy — after all required conditions have been met, all inspections passed, and all prior agreements honored — deprives Plaintiff of his constitutionally protected property interest without due process of law, in violation of Article I, Section 17 of the Michigan Constitution.

44. Plaintiff has suffered and continues to suffer harm as a result of this constitutional violation, including the damages described herein.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Joseph Manuel respectfully requests that this Honorable Court enter judgment in his favor and against Defendant Charter Township of West Bloomfield and grant the following relief:

a. Issue a Writ of Mandamus commanding the Charter Township of West Bloomfield to immediately issue a Certificate of Occupancy for the property located at 7333 Verona Drive, West Bloomfield, Michigan;

b. Enter judgment for Plaintiff on Count II for breach of contract, and award Plaintiff all damages in excess of $25,000 as proven at trial;

c. Enter judgment for Plaintiff on Count III for violation of due process under the Michigan Constitution, and award Plaintiff all resulting damages;

d. Award Plaintiff his reasonable attorney's fees and costs as permitted by law;

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

e. Award Plaintiff such other and further relief as this Court deems just and equitable.

**VERIFICATION**

I, Joseph Manuel, being first duly sworn, state that I am the Plaintiff in the above-captioned matter, that I have read the foregoing Verified Complaint, and that the facts stated therein are true to the best of my knowledge, information, and belief.

*Joseph Manuel* 06/28/2026, 07:00:09 PM EDT

**Joseph Manuel**
**Plaintiff**

Subscribed and sworn to before me this 28th day of June, 2026.

Notary Public, Macomb County, Michigan
My commission expires: 10-Feb-2032

ANASTASIIA TSURKEVYCH
NOTARY PUBLIC
COUNTY OF MACOMB
My Commission Expires 10-Feb-2032
Acting in the County of Macomb
STATE OF MICHIGAN

Drafted by,

/s/ Mark K. Wasvary

MARK K WASVARY (P51575)
MARK K WASVARY PC
Attorney for Plaintiff
2401 W. Big Beaver Road, Ste #100
Troy, MI 48084
(248) 649-5667 Fax (248) 649-5679
mark@wasvarylaw.com

Dated: 06/28/2026

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

# EXHBIT 1

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

TYPE OF INSPECTION Final Bldg (Temp.)

**APPROVED**

12-2-21
Date

Building Department
Charter Township of West Bloomfield

...wnship of
Bloomfield

...Lake Road
...d, MI 48323

| Permit Number: |
| --- |
| |

**...SPECTION NOTICE**

Date: ____________ 20____

Time of Inspection: ____________

**TYPE OF INSPECTION:** ____________

**ADDRESS:** ____________

An inspection of the above property revealed the following:

[illegible]

[illegible]

[illegible]

[illegible]

Correct the above violation(s) and schedule re-inspection within ____ days at www.bsaonline.com

Building Department 248-451-4842 and Press 0

Inspector: ____________ Date: ____________

Phone: ____________

White Copy – Building Dept. Yellow Copy – Contractor/Homeowner

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

APPROVED

Type of Inspection Plumbing

Date of Inspection 11-15-21

Code Official

PP21-0396

Lot or permit number

TYPE OF INSPECTION

1333

APPROVED

11/18/21

Date

Building Department
Charter Township of West Bloomfield

TYPE OF INSPECTION

APPROVED

Date

Building Department
Charter Township of West Bloomfield

BUILDING SERVICES

TYPE OF INSPECTION:

PERMIT #:

INSPECTOR:

DATE:

APPROVED

MCKENNA

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

TYPE OF INSPECTION [illegible]

**APPROVED**

Date [illegible] Building Department
Charter Township of West Bloomfield

---

**APPROVED**

Date [illegible] Building Department
Charter Township of West Bloomfield

---

TYPE OF INSPECTION [illegible]

**APPROVED**

Date [illegible] Building Department
Charter Township of West Bloomfield

---

TYPE OF INSPECTION [illegible]

**APPROVED**

Date [illegible] Building Department
Charter Township of West Bloomfield

---

**NOT APPROVED**

TYPE OF INSPECTION [illegible]

**APPROVED**

Date [illegible] Building Department
Charter Township of West Bloomfield

---

TYPE OF INSPECTION [illegible]

**APPROVED**

Date [illegible] Building Department
Charter Township of West Bloomfield

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

E INSPECTION

APPROVED

Date
Building Department
Charter Township of West Bloomfield

TYPE OF INSPECTION

APPROVED

Date
Building Department
Charter Township of West Bloomfield

TYPE OF INSPECTION

APPROVED

Date
Building Department
Charter Township of West Bloomfield

TYPE OF INSPECTION

APPROVED

Date
Building Department
Charter Township of West Bloomfield

TYPE OF INSPECTION

APPROVED

Date
Building Department
Charter Township of West Bloomfield

DigiSign Verified - 7d76c7c1-8367-49cf-ad2b-e3b080a33504

**Property Information**

X-18-33-326-015 | 7333 VERONA, WEST BLOOMFIELD MI, 48322 | Subdivision: | Lot: | Block:

**Name Information**

Owner: MANUEL, JOSEPH | Phone: (248) 207 6307
Occupant: | Phone:
Applicant: | Phone:
Architect: | Phone:

**Project Information**

Date Started: 02/18/2020 | Date Finished: | Status: 30 Item(s) Pending

Description:
New Single Family

**Monitoring Inspection | Alex Kozlowski**

Status: Scheduled | Result:
Scheduled: 02/24/2023 12:00 AM | Completed:

**Monitoring Inspection | Alex Kozlowski**

Status: Completed | Result: Approved
Scheduled: 01/24/2023 12:00 AM | Completed: 01/24/2023 12:00 AM

**Revisions Received Inspection | Jason Rosell**

Status: Scheduled | Result:
Scheduled: 12/22/2022 12:00 AM | Completed:

**Monitoring Inspection | Alex Kozlowski**

Status: Completed | Result: Approved
Scheduled: 12/06/2022 12:00 AM | Completed: 12/06/2022 12:00 AM

**Revisions Received Inspection | Jason Rosell**

Status: Completed | Result: Disapproved
Scheduled: 11/30/2022 12:00 AM | Completed: 12/19/2022 11:49 AM

**Monitoring Inspection | Alex Kozlowski**

Status: Completed | Result: Disapproved
Scheduled: 10/12/2022 12:00 AM | Completed: 10/12/2022 03:30 PM

Comments:

SESC measures partially down in rear. Spoke to property owner.

Re-check set. AK

**As-Built Received Inspection | Jason Rosell**

Status: Scheduled | Result:
Scheduled: 09/02/2022 12:00 AM | Completed:

**Monitoring Inspection | Alex Kozlowski**

Status: Completed | Result: Disapproved
Scheduled: 08/12/2022 12:00 AM | Completed: 08/12/2022 12:00 AM

Comments:

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

Re-check set. AK

**Revisions Received Inspection | Jason Rosell**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Disapproved |
| **Scheduled:** | 07/21/2022 12:00 AM | **Completed:** | 07/29/2022 09:31 AM |

**Comments:**

Please note — Upon submission, Mr. Manuel wanted to let us know that his Engineer believes that no structural calcs are needed for the retaining wall since it is 20 ft from the house, it can be greater than 30 inches.

**Final Grade Inspection | Jason Rosell**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Disapproved |
| **Scheduled:** | 07/20/2022 12:00 AM | **Completed:** | 07/22/2022 07:37 AM |

**Comments:**

not built per approved plan, possible efs violations, retaining walls over 30"

**Monitoring Inspection | Alex Kozlowski**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Disapproved |
| **Scheduled:** | 05/23/2022 12:00 AM | **Completed:** | 05/23/2022 01:33 PM |

**Comments:**

Monitoring — Silt fence down behind rear yard patio. Spoke to Joe Manuel on-site who said that it would be restored.

Re-check set. AK

**Revisions Received Inspection | Bryant Houfek**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Disapproved |
| **Scheduled:** | 05/06/2022 12:00 AM | **Completed:** | 05/19/2022 05:06 PM |

**DRIVEWAY SAND #2 Inspection | Bill Prucknic**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Approved |
| **Scheduled:** | 05/05/2022 12:00 PM | **Completed:** | 05/05/2022 03:39 PM |

**Comments:**

MORNING REQUEST

**DRIVEWAY SAND Inspection | Gary Crimaldi**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Approved |
| **Scheduled:** | 04/29/2022 12:00 PM | **Completed:** | 04/29/2022 11:53 AM |

**Comments:**

NEEDS MORNING INSPECTION

**REAR YARD PATIO CONC PREP Inspection | Gary Crimaldi**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Approved |
| **Scheduled:** | 04/18/2022 12:00 PM | **Completed:** | 04/18/2022 01:46 PM |

**ROUGH CONCRETE PATIO BONDING Inspection | Martin Mordarski**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Approved |
| **Scheduled:** | 04/14/2022 12:00 PM | **Completed:** | 04/14/2022 03:17 PM |

**REAR YARD PATIO CONCRETE Inspection | Gary Crimaldi**

| | | | |
|---|---|---|---|
| **Status:** | Canceled | **Result:** | Canceled |
| **Scheduled:** | 03/28/2022 12:00 AM | **Completed:** | 03/28/2022 08:13 AM |

**Comments:**

Cancelled by Contractor

**FINAL CONCRETE PATIO BONDING Inspection | Martin Mordarski**

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

**Completed:** 03/25/2022 03:25 PM

**Violations:**

**Uncorrected**

1) NEC 680.26/ MRC- E4202.2 is specific as to requirements for proper equipotential bonding of pool deck and pool
2) all requirements of mesh installation, bonding of mesh, listed connections/ cadwelding, spacing of bonding points and following conture of pool, have not been completed

---

**REAR YARD PATIO GRADING Inspection | Bill Pruckinic**

**Status:** Completed | **Result:** Approved
**Scheduled:** 03/17/2022 12:00 PM | **Completed:** 03/17/2022 03:59 PM

---

**Monitoring Inspection | Alex Kozlowski**

**Status:** Completed | **Result:** Disapproved
**Scheduled:** 02/07/2022 12:00 AM | **Completed:** 02/07/2022 01:30 PM

**Comments:**

**Monitoring** Silt fence and construction fence are down at various points around the site.

Re-check set. AK

---

**Monitoring Inspection | Alex Kozlowski**

**Status:** Completed | **Result:** Approved
**Scheduled:** 01/05/2022 12:00 AM | **Completed:** 01/05/2022 01:36 PM

---

**Temp Final Grade Inspection | Jason Rosell**

**Status:** Scheduled | **Result:**
**Scheduled:** 12/09/2021 12:00 AM | **Completed:**

---

**TEMP. BUILDING Inspection | Paul Gavras**

**Status:** Completed | **Result:** Approved
**Scheduled:** 12/02/2021 12:00 PM | **Completed:** 12/02/2021 04:06 PM

**Comments:**

**AM Request** Customer is going out of town in the PM.

For full final need :

1. Center steel shim plates below ends of steel beams at concrete walls in basement and grout all beam pockets solid.
2. Install driveway.
3. Install landscaping.
4. Install pool deck, interior finish, and permanent fence.

Driveway, landscaping, and pool items to be done in spring. Until then, a temporary barrier must be maintained around the pool.

---

**FINAL MECHANICAL Inspection | McKenna Associates**

**Status:** Completed | **Result:** Approved
**Scheduled:** 11/30/2021 12:00 PM | **Completed:** 12/06/2021 04:23 PM

---

**FINAL ELECTRICAL Inspection | Bill Pruckinic**

**Status:** Completed | **Result:** Approved
**Scheduled:** 11/23/2021 12:00 PM | **Completed:** 11/24/2021 08:31 AM

---

**FINAL MECHANICAL Inspection | McKenna - Robert Acton**

**Status:** Completed | **Result:** Disapproved
**Scheduled:** 11/18/2021 12:00 PM | **Completed:** 11/19/2021 03:43 PM

**Comments:**

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504ING, RECALL WHEN READY"

**FINAL ELECTRICAL Inspection | Bill Pruchnic**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Partially Approved |
| **Scheduled:** | 11/18/2021 12:00 PM | **Completed:** | 11/18/2021 03:48 PM |

**Violations:**

Corrected 1. gfi in kitchen
2.gfi outlet for water tank accessible

**FINAL MECHANICAL Inspection | McKenna - Robert Acton**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Approved |
| **Scheduled:** | 11/18/2021 12:00 PM | **Completed:** | 11/19/2021 03:43 PM |

**FINAL PLUMBING Inspection | McKenna Associates**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Approved |
| **Scheduled:** | 11/15/2021 12:00 PM | **Completed:** | 11/16/2021 01:24 PM |

**Monitoring Inspection | Alex Kozlowski**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Disapproved |
| **Scheduled:** | 11/10/2021 12:00 AM | **Completed:** | 11/10/2021 04:00 PM |

**Comments:**

Monitoring

The silt fence near the front door and the pond needs to be re-trenched and repaired

The silt fence along the rear property line needs to be repaired

The silt fence and construction fence along the north property line needs to be replaced

Sent email to builder. Re-check set. AK

**FINAL PLUMBING Inspection | Charles Woodward**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Disapproved |
| **Scheduled:** | 11/05/2021 12:00 PM | **Completed:** | 11/05/2021 03:40 PM |

**Violations:**

| | |
|---|---|
| Corrected | Pot filler requires shut off valve |
| Corrected | Secure and dope main clean-out plug |
| Corrected | Hose bib vacuum breaker required at boiler drain after meter |
| Corrected | Hammer arrestor required at dishwasher |
| Corrected | Master shower handheld not working |
| Corrected | Expansion tank required |
| Corrected | Insulate recirculation line |
| Corrected | Sump pumps must discharge independantly |
| Corrected | Condensation must go to sanitary |

**FINAL MECHANICAL Inspection | McKenna - Ken Borycz**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Approved |
| **Scheduled:** | 11/04/2021 12:00 PM | **Completed:** | 11/05/2021 10:21 AM |

**Comments:**

combinations garage code 2263, lock box 1963

**FINAL PLUMBING Inspection | Charles Woodward**

| | | | |
|---|---|---|---|
| **Status:** | Completed | **Result:** | Not Ready |
| **Scheduled:** | 11/04/2021 12:00 PM | **Completed:** | 11/04/2021 12:00 AM |

**Comments:**

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

**GAS LINE/PRESSURE TEST-undergr Inspection | McKenna - Robert Acton**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Approved |
| Scheduled: | 10/28/2021 12:00 PM | Completed: | 10/29/2021 10:12 AM |

**ELECTRICAL FOR POOL Inspection | Martin Mordarski**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Approved |
| Scheduled: | 10/25/2021 12:00 PM | Completed: | 10/25/2021 02:25 PM |

**Comments:**

pool only , rough underground
permit is for house and pool , not electrical service

**POOL PRESSURE TEST Inspection | Charles Woodward**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Approved |
| Scheduled: | 10/13/2021 12:00 PM | Completed: | 10/13/2021 03:29 PM |

**Monitoring Inspection | Alex Kozlowski**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Approved |
| Scheduled: | 10/06/2021 12:00 AM | Completed: | 10/06/2021 02:14 PM |

**Comments:**

met with Jawad Dafouni and John Roda to go over issues with plans. Plans sumbitted do not have proposed grading. I explained where drainage needs to be contained and possible environmental impacts.

**Violation Re-Check (SESC) Inspection | John Roda**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Approved |
| Scheduled: | 10/04/2021 12:00 AM | Completed: | 10/04/2021 09:32 AM |

**Comments:**

JR Comments — JR RE-INSPECTION FOR SESC RE-INSTALLATION. APPROVED. JR TOOK PICS FOR CODE CASE #EN21-1323. THE ATF WETLAND PERMIT #PWT21-2473 HAS BEEN APPLIED FOR AND WILL BE HEARD ON 12/1/21 (TENTATIVE). JR LIFTING THE STOP WORK. JR (10/4/21)

**Violation Re-Check (SESC) Inspection | John Roda**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Disapproved |
| Scheduled: | 09/30/2021 12:00 AM | Completed: | 09/30/2021 12:32 PM |

**Comments:**

JR Comments — JR INSPECTED SITE FOR JOE MANUEL (248) 207-6307 FOR RE-INSTALLED ORANGE CONSTRUCTION FENCING AND SILT FENCING. NO ORANGE FENCE WAS REINSTALLED. JR WAS TO REINSPECT NEXT WEEK FOR AREA ADJACENT TO FUTURE DRIVE/POOL (REAR RIGHT CORNER) FENCING TO BE REINSTALLED. JR CALLED JM TO DISCUSS. EVERYTHING WILL BE DONE BY MONDAY 10/4/21. JR (9/30/21)

**Monitoring Inspection | Alex Kozlowski**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Disapproved |
| Scheduled: | 08/19/2021 12:00 AM | Completed: | 08/19/2021 05:12 PM |

**Comments:**

Monitoring — The silt fence around the pool in the rear yard has been removed or buried. It needs to be replaced. The silt fence near the front door area is collapsed/buried and should be repaired/replaced. Sent email to property owner/builder. Re-check set.

**Monitoring Inspection | Alex Kozlowski**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Disapproved |
| Scheduled: | 06/30/2021 12:00 AM | Completed: | 06/30/2021 10:13 PM |

**Comments:**

Monitoring — Silt fence down in front of house. Sent email to property owner. AK

**Monitoring Inspection | Alex Kozlowski**

| | | | |
|---|---|---|---|
| Status: | Completed | Result: | Disapproved |
| Scheduled: | 06/15/2021 12:00 AM | Completed: | 06/15/2021 09:01 PM |

**Comments:**

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504 the southeast corner, and along the northern property line. Also observed small disturbance outside the silt fence along the nothern property line. Sent email to property owner.

**WALKWAY AND PARTIAL DRIVE Inspection | Paul Gavras**

Status: Completed — Result: Approved
Scheduled: 06/14/2021 12:00 PM — Completed: 06/14/2021 04:12 PM

Comments:

PRE-CONCRETE POUR

**Monitoring Inspection | Alex Kozlowski**

Status: Completed — Result: Approved
Scheduled: 05/14/2021 12:00 AM — Completed: 05/16/2021 08:33 PM

**Monitoring Inspection | Alex Kozlowski**

Status: Completed — Result: Disapproved
Scheduled: 05/05/2021 12:00 AM — Completed: 05/06/2021 09:08 AM

Comments:

Monitoring — Silt fence needs repair all around the property. Notified permit holder.

**Monitoring Inspection | Michelle Gartland**

Status: Completed — Result: Disapproved
Scheduled: 04/05/2021 12:00 AM — Completed: 04/05/2021 11:49 AM

Comments:

mg — silt fencing & construction fence needs repairs on whole property.

**GAS LINE/PRESSURE TEST Inspection | Mike Blaney**

Status: Completed — Result: Disapproved
Scheduled: 03/23/2021 12:00 PM — Completed: 03/24/2021 07:43 AM

Comments:

3-23-21 must have k-valve on fireplace, accessable shut off in kitchen

**INSULATION Inspection | Gary Grimaldi**

Status: Completed — Result: Approved
Scheduled: 03/19/2021 12:00 PM — Completed: 03/19/2021 01:23 PM

Violations:

Corrected — VERIFY BLOWN IN ATTIC AT FINAL

**ROUGH BUILDING Inspection | Paul Gavras**

Status: Completed — Result: Approved
Scheduled: 03/11/2021 12:00 PM — Completed: 03/11/2021 03:33 PM

**ROUGH BUILDING Inspection | Charles Woodward**

Status: Canceled — Result: Canceled
Scheduled: 03/09/2021 10:00 AM — Completed: 03/09/2021 07:51 AM

Comments:

JOE TALKED TO PAUL AND THEY AGREED THAT THIS COULD PROCEED WITHOUT A GAS LINE PERMIT AT THIS TIME.

**ROUGH BUILDING Inspection | Paul Gavras**

Status: Completed — Result: Disapproved
Scheduled: 03/05/2021 12:00 PM — Completed: 03/05/2021 03:54 PM

Comments:

Rough Building — No permit for gas pipe. Confirm/deny need for same prior to rough building approval

Need permit for gas piping and inspection.

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

Status: Completed | Result: Disapproved
Scheduled: 03/03/2021 12:00 PM | Completed: 03/03/2021 04:19 PM

**Violations:**
Corrected — Approved plans must be on site for rough building inspection.

---

**ROUGH BUILDING Inspection | Charles Woodward**

Status: Canceled | Result: Canceled
Scheduled: 03/02/2021 12:00 PM | Completed: 03/02/2021 07:38 AM

**Comments:**
Rough Building — Inspection cancelled. Fee due

---

**ROUGH ELECTRICAL Inspection | Mike Coraci**

Status: Completed | Result: Approved
Scheduled: 03/01/2021 12:00 PM | Completed: 03/02/2021 07:54 AM

**Comments:**
Grounding wires to be twisted in recess fixtures , and ownerto Draft stop all holes in boxes.

---

**Rough Fireplace Inspection | Mike Blanzy**

Status: Completed | Result: Approved
Scheduled: 02/25/2021 12:00 AM | Completed: 02/22/2021 07:29 AM

**Comments:**
LOCK BOX — 1970

2-19-21 backing touching at top of chase

---

**Monitoring Inspection | Michelle Gartland**

Status: Completed | Result: Approved
Scheduled: 02/22/2021 12:00 AM | Completed: 02/22/2021 11:44 AM

**Comments:**
mg — 8" of snow

---

**ROUGH BUILDING Inspection | Charles Woodward**

Status: Completed | Result: Disapproved
Scheduled: 02/19/2021 12:00 AM | Completed: 02/19/2021 08:47 AM

**Violations:**
Corrected — Trade permits must have rough inspection approval prior to rough building.

**Comments:**
LOCK BOX — 1970

---

**AMP SERVICE Inspection | Mike Coraci**

Status: Canceled | Result: Canceled
Scheduled: 02/19/2021 12:00 AM | Completed: 02/19/2021 03:51 PM

**Violations:**
Uncorrected — as of today, no signed by electrical engineer load calculation for 400 amp has been sent to WBT , service is not approved

**Comments:**

LOCKBOX 1970

THIS IS FOR THE 201-400 AMP SERVICE THAT WAS ALLOWED FOR HIM (ASSUMING YOU DIDN'T APPROVE IT WHEN YOU WERE THERE WEDNESDAY).

called Electrical contractor he did not schedule and no need for inspection. Service is energized next inspection of service will be with Generator. MC

---

**PLAN REVIEW BUILDING Inspection | Gary Grimaldi**

Status: Completed | Result: Approved
Scheduled: 02/17/2021 10:00 AM | Completed: 02/25/2021 11:28 AM

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

# EXHBIT 2

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

**LIST OF STEPS TO BE TAKEN:**

**PROPERTY: 7333 Verona**

-Wetland/Environmental Features Setback (EFS) Permit Case No. #PWT22-2555 (Currently denied by the Environmental Commission).

-Grading and Soil Erosion & Sedimentation Control (SESC) Permit #PGS20-0028 (Expired, currently not final and closed).

-On 8/17/23, the parties held an on-site meeting at the property (7333 Verona) to review alleged Wetland and Environmental Features Setback ("EFS") encroachment, mitigation and restoration areas.

-On 8/24/23, the parties held a follow-up meeting at Township Hall. The following steps and/or items are required in an attempt to resolve the Township Environmental Commission (EC) denial of the Wetland/EFS Permit Case No. #PWT22-2555 and to renew and/or reenact the Grading/Soil Erosion Sedimentation Control (SESC) Permit No. #PGS20-0028 for Certificate of Occupancy to be issued:

1. Revised Wetland/Environmental Features Setback Mitigation Plan (the "Wetland/EFS Plan"), according to the 8/24/23 meeting, is to be submitted by Petitioner for review and approval by Derek Stratelak (HRC-Township Environmental Consultant) and Township Officials.

2. Based upon an approved Wetland/EFS Plan, the Petitioner shall submit a fee of $500.00 (constituting $300.00 for the permit and $200.00 for the initial Township Environmental Consultant Escrow), made payable to West Bloomfield Township, and request in writing, addressed to the Township Environmental Commission (EC), to amend Wetland Permit Case No. #PWT22-2555 and submit the Wetland/EFS Plan, for scheduling at the next available EC public hearing.

3. If, and when the Wetland/EFS Plan is approved by the EC, additional plans shall be submitted by Petitioner to revise/reenact the Grading/SESC Permit Case No. #PGS20-0028, with a $100.00 fee, payable to the Planning and Development Services Department (PDS), subject to review and approval by Township officials for grading and SESC installation.

4. Based upon approval by PDS, approved SESC's must be installed, inspected and approved at an on-site Pre-Construction meeting per conditions set forth of Wetland Permit #PWT22-2555 (if approved).

5. Petitioner to complete earthwork activities and submit an engineering As-Built Site Plan to be reviewed and approved for final grading approval by PDS prior to any SESC removals and any native restoration installations.

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

6. Inspection for compliance with approved Wetland Permit #PWT22-2555.

7. Petitioner to obtain any final building permits that he has not already received, completed the work for and been approved.

8. Upon compliance with the foregoing, Certificate of Occupancy to be issued to Petitioner.

**West Bloomfield Township**

Jeffrey Sherman (P30967)
Prosecuting Attorney for WBT

**Petitioner**

Marc K. Shaye (P26309)
Attorney for Petitioner

Joseph Manuel, Petitioner

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

# EXHBIT 3

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

# STOP ORK NOTICE

## West Bloomfield Township

**DO NOT REMOVE THIS NOTICE**

Date: 7/17/20__ Property 7333 [illegible]

**PLEASE TAKE NOTE THAT:**

1. Work and activity o[...] [...]perty appears to be in violation of the following Tow[...]
   - ☑ Chapter 8 - Artic[...]
   - ☑ Chapter 8 - A[...]
   - ☐ Chapter 12 - [...]
   - ☐ Chapter 24 - W[...]
   - ☐ Chapter 26 - Sectio[...]
   - ☑ Chapter 26 - Section
   - ☑ Chapter 26 - Section
   - ☐ Chapter 26 - Section
   - ☐ Other

TYPE OF INSPECTION [illegible] on

**APPROVED**

Date Building Department Charter Township of West Bloomfield

2. All persons engaged in the [...]ctivity on the property should immediately stop or suspend work until all violations described above have been corrected. Any work or activity performed shall be at the risk of property owners and persons responsible for or undertaking the work and activities.
3. **A Stop Work Order will be issued** to prohibit further work and activity in violation of the Township Ordinances identified in this Notice if a property owner or other person responsible for the work and activity does not appear at the Township on 7/1?/20__ at [illegible] AM/PM and show/demonstrate good cause why the Stop Work Order should not be issued. Violation of any Stop Work Order that is issued will be punishable as a misdemeanor criminal offense.

*DETACH ONLY THIS PORTION AND BRING WITH YOU TO THE TOWNSHIP*

LOCATION 7333 [illegible]

COMMENTS [illegible]

INSPECTOR [illegible] PHONE 248-451-[illegible]

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

# EXHBIT 4

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

**Statement of Complaint against Local Unit of Government**
Michigan Department of Licensing and Regulatory Affairs
Bureau of Construction Codes/Building Trades Section
PO Box 30254, Lansing, MI 48909
517-241-9313
LARA-BCC-BuildingTrades@michigan.gov

| | |
|---|---|
| Authority: 1980 PA 290, 1972 PA 230, 2016 PA 407<br>Penalty: Failure to provide the information may result in denial of your request. | LARA is an equal opportunity employer/program. Auxiliary aids, services and other reasonable accommodations are available upon request to individuals with disabilities. |

**Please read the form in its entirety before completing. Type or print legibly in ink.**
**The Department has jurisdiction in only certain matters involving the local government the complaint is against. If the Department has jurisdiction over your complaint, an investigation will be conducted for possible action by the Department.**

**NOTE: The Bureau is limited in its scope of authority.**

- **We do not act as a court of law, we cannot order that monies be refunded, contracts be canceled, etc.**
- **We do not provide legal advice.**
- **We do not return copies of documents, pictures, and plans.**

## I. Complainant Information (information about you)

| | | | |
|---|---|---|---|
| YOUR NAME (Last, First, Middle Initial): Manuel, Joseph | EMAIL ADDRESS: joe.manuel475@gmail.com | | |
| YOUR STREET ADDRESS: 7333 Verona Dr | CITY: West Bloomfield | STATE: MI | ZIP CODE: 48322 |
| COUNTY: Oakland | TELEPHONE NUMBER (include Area Code): 248[redacted] | | |
| Are you willing to testify in a hearing? ■ Yes ☐ No | Preferred Method of Contact: ■ E-Mail ☐ Regular Mail- recommended for larger-sized responses | | |

## II. Complaint Information (who the complaint is against)

| | | | |
|---|---|---|---|
| NAME OF LOCAL GOVERNMENT COMPLAINT IS REGARDING: West Bloomfield Township | | | |
| NAME OF THE PERSON YOU DEALT WITH / CONTACT PERSON: Amy Neary, John Roda | TELEPHONE NUMBER (include Area Code): 248 451 4818 | COUNTY: Oakland | |
| STREET ADDRESS: 4550 Walnut Lake Road | CITY: West Bloomfield | STATE: MI | ZIP CODE: 48323 |

| | |
|---|---|
| Have you contacted the above-named local government regarding your complaint? ■ Yes ☐ No | |
| If yes, what was the result? (Please provide copies of any documents related to the above contact) they refuse to give me certificate of occupancy | |

## III. Supplemental Information

| | | |
|---|---|---|
| NAME OF THE CODE OFFICIAL (if different than contact person): | | |
| Did you file a claim with any other state or local agency? If "Yes", list agency(ies). (Attach additional sheets if necessary) ☐ Yes ■ No<br>Have you started legal action? ☐ Yes ■ No | | |
| If yes, where? | Case Number: | Current Status of Claim: |

Complaint No AE2000028



BCC-3824- 11-2024

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

**Briefly explain how you would like to see this complaint resolved:**

I have been living in my home for 4 years, Dec 2, 2022 temp move in, I did all the work they wanted and still they refuse to give me occupancy permit, I have my final pass on the house. Race plays a big part, now the City attorney Jeffery Bherman 248 640 6365 called me and want the city to go through entire inspection from A to Z for no reasons. I emailed him the final pass on the house. I already ended up in the hospital overnight twice from stressful situation. Race is playing a big part in this.
Even west Bloomfield supervisor Johnathan Warshay looked me in the eye and said we are going to make West Bloomfield look like Jerusalem, they also going after my business and took me to court and made me pay $1500.00 fine for painting my building wrong color
and now they are making me building a dumpster enclosures in back of my office (7285 Orchard Lake Rd west Bloomfield, my building is over 50 years old.
Non-stop harassment toward my family

**IV. Details of Complaint - Briefly explain your complaint, include pictures and/or documents as necessary.**

Note: Originals will not be returned. Attach additional sheets if necessary to clearly document the violations you believe have occurred.

| | |
|---|---|
| LAST DATE OF WORK PERFORMED: March 2026 | HAS THE PHYSICAL EVIDENCE BEEN PRESERVED (if applicable) ☐ Yes ☐ NO |

EXPLANATION OF COMPLAINT:

John Roda, wants me to do remove phragmites australis from my yard, its invasive species. this species is all over the state of Michigan, impossible task even wetland scientists are unable to resolve this issue.
The township has no plans to allow my family live in peace. Racism plays a big part of this story



SCO-3024- 11-2024

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

**V. Attachments Supporting Complaint** – You must provide relevent documentation to substantiate your compliant.

**Note: If you fail to provide documentation to substantiate your complaint, your complaint will be closed with no action taken.**

- ☐ Proof of payment (cancelled check, receipt, closing statement)
- ☐ Notes you have taken
- ☐ Permit and Inspection Records from the local unit of government
- ☐ Other relevant documents
- ☐ Clear Photographs showing the alleged violation and the date the photos were taken (preferably in color)
- ☐ Court documents if applicable

I understand this form is a public record under 1976 PA 442, the Freedom of Information Act, and that the Department may be sending a copy of this complaint to the person/company complained against.

SIGNATURE

April 29, 2026

DATE

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

## Filing a Complaint

**The Bureau of Construction Codes (BCC), Building Trades Section (BTS) does not have jurisdiction over contractual, monetary, or warranty issues, nor does BCC have authority to conduct criminal prosecution.**

Filing a complaint with BCC is not your only option. Some disputes are best resolved informally between the consumer and the person or local unit of government you have a complaint with formally through the courts, or by other agencies.

BCC has authority to review and investigate complaints against local governmental code enforcing agencies. Note: BCC can only take action for violations specified in the Stille-DeRossett Hale Single State Construction Code Act, Occupational Code, Skilled Trades Regulation Act, and Administrative Rules.

**If code activities for your unit of government are enforced at the local or county level, you should first contact the local enforcing agency to see if the matter can be resolved with them *before* submitting a complaint to the state.** Complaints received by BCC where a local code enforcing agency has jurisdiction over the allegations described in the complaint may be forwarded to the local jurisdiction.

For each of the construction code disciplines (building, electrical, mechanical, and plumbing) there are three (3) levels of jurisdiction (state, county, local). The bureau's Statewide Jurisdiction List shows the enforcing agency for all units of government in Michigan. This list is located at www.michigan.gov/bcc under "Forms & Publications".

- **LOCAL** (city, township, or village): the unit of government has their own code enforcement program.
- **COUNTY:** the unit of government receives code enforcement services from a county enforcing agency.
- **STATE:** the Bureau of Construction Codes is responsible for code enforcement in that unit of government.

In accordance with 1972 PA 230, MCL 125.1514 which states in part, [i]f an enforcing agency refuses to grant an application for a building permit, or if the enforcing agency makes any other decision pursuant or related to this act, or the code, an interested person, or the person's authorized agent, may appeal in writing to the board of appeals. The board of appeals shall hear the appeal and render and file its decision with a statement of reasons for the decision with the enforcing agency from whom the appeal was taken not more than 30 days after submission of the appeal. Failure by the board of appeals to hear an appeal and file a decision within the time limit is a denial of the appeal for purposes of authorizing the institution of an appeal to the commission. A copy of the decision and statement of the reasons for the decision shall be delivered or mailed, before filing, to the party taking the appeal.

MCL 125.1516 states in part that "[a]n interested person, or the interested person's authorized agent, may appeal a decision of a board of appeals to the commission within 10 business days after filing of the decision with the enforcing agency or, in case of an appeal because of failure of a board of appeals to act within the prescribed time, at any time before filing of the decision. An appeal to the commission shall be decided within 30 days after receipt of the appeal by the commission. A copy of the decision and a statement of reasons for the decision shall be sent to the applicant and filed with the affected board of appeals and enforcing agency within 5 business days after the making of the decision.

### KEEP COPIES OF ALL DOCUMENTS SENT TO THE BUREAU

To file a complaint, the following information should be submitted.

- A completed, signed Statement of Complaint against Local Unit of Government form, in which is fully described the factual basis for the allegation. This form is located at www.michigan.gov/bcc under "Local Government Complaints, School Delegation, & Code Administration & Enforcement".
- Copies of any correspondence sent or provided to the local governmental agency you have a complaint with.
- Copies of any written response received from the local governmental agency you have a complaint with. If only a verbal response was received, notice of who was spoken to, response received and date of communication.
- Copies of any documents which support the allegations which may include, but are not limited to:
    - Complete Contracts/Price Quotes/Estimates/Change Orders
    - Proof of payment (canceled check, receipt, closing statement)
    - Permit and inspection records from the local unit of government
    - Advertisements
    - Notes you have taken
    - Clear photographs showing the alleged violation and the date the photos were taken
    - Court documents, if applicable
    - Other relevant documents

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

**You must provide relevant documentation to substantiate your complaint. If you fail to provide documentation to substantiate your complaint, your complaint will be closed with no action taken.**

**Information will be released to who the complaint is against; therefore, information such as a social security number or other personal information, should not be included. Do not send bulky material.**

**Completed form and all supporting documents shall be sent to the following address or email:**

**Michigan Department of Licensing and Regulatory Affairs**
**Bureau of Construction Codes/Building Trades Section**
**P.O. Box 30254, Lansing, Michigan 48909**
**email: LARA-BCC-Buildingtrades@michigan.gov**

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

# EXHBIT 5

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

TYPE OF INSPECTION

**APPROVED**

Date

Building Department
Charter Township of West Bloomfield

TYPE OF INSPECTION

**APPROVED**

Date

Building Department
Charter Township of West Bloomfield

TYPE OF INSPECTION

**APPROVED**

Date

Building Department
Charter Township of West Bloomfield

TYPE OF INSPECTION

**APPROVED**

Date

Building Department
Charter Township of West Bloomfield

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

# EXHBIT 6

DigiSign Verified - 7d76c7c1-8357-49cf-ad2b-e3b080a33504

Gmail

Joseph Manuel <joe.manuel475@gmail.com>

**7333 Verona Dr West Bloomfield**
2 messages

**Joseph Manuel** <joe.manuel475@gmail.com> Tue, Jun 9, 2026 at 9:24 AM
To: Jeff Sherman <jeffasherman@shermanpc.com>, Jawad Defouni <jad222@sbcglobal.net>, Amy Neary <ANeary@wbtownship.org>, JIM MANNA <jimmanna@outlook.com>, Jonathan Warshay <jwarshay@wbtownship.org>
Bcc: Ghada Manuel <ghadamanuel@gmail.com>, Sabrina Manuel <sabrinafoumia@gmail.com>

Good morning Mr. Sherman and Amy

I am following up on the Certificate of Occupancy for 7333 Verona St. West Bloomfield Township, MI 48322.

Attached are the new approvals received on May 22, 2026. We have also completed the requested site work, including removing the excess dirt from the side of the house and the invasive species from the front, as instructed by John Roda.

During your last visit, it was indicated that the certificate would be issued in May once these items were addressed. As I have now fulfilled all requirements on the provided list, I would appreciate the Township issuing the certificate at your earliest convenience.

I look forward to receiving the document soon.



jiSign Verified - 7d76c7c1-8357-49cf-ad2b-e5b080a33564



20260609091030.pdf
56K

oseph Manuel <joe.manuel475@gmail.com>
o: Jeff Sherman <jeffasherman@shermanpc.com>, Jawad Defouni <jad222@sbcglobal.net>, Amy Neary
ANeary@wbtownship.org>, JIM MANNA <jimmanna@outlook.com>, Jonathan Warshay <jwarshay@wbtownship.org>,
hada Manuel <ghadamanuel@gmail.com>, Sabrina Manuel <sabrinafoumia@gmail.com>

Mon, Jun 22, 2026 at 8:18 I

Dear Mr. Sherman and Amy,

I am writing to follow up on the Certificate of Occupancy for 7333 Verona Dr. It was previously indicated that the document would be issued by the end of May. As I have now fulfilled all requested obligations and requirements, I would appreciate the Township finalizing the process to resolve this matter.

Additionally, I have two inquiries regarding future projects:

1. I plan to install a playset for my grandchildren within my fenced area.
2. I would like to apply for a permit to add a walk-up entrance from the backyard to the basement, which would also be located within the fenced area.

Please note that neither the playset nor the walk-up stairs will interfere with the preserved wetlands. Both are located within my fenced area rear of the house

look forward to receiving the certificate and your guidance on the next steps for these projects.

Best regards,

Joseph Manuel

Quoted text hidden]